RECEIVED
IN ALEXANDRIA, LA.
DEC 21 2009
TONY R. MOORE, CLERK
BY ___ DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| LATOYA GUILLORY | CIVIL ACTION 09-1391 |
| VERSUS | U.S. DISTRICT JUDGE DEE DRELL |
| DOLGENCORP, LLC | U.S. MAGISTRATE JUDGE JAMES D. KIRK |

**J U D G M E N T**

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent (de novo) review of the record including the objections filed by petitioner, and having determined that the findings and recommendation are, in part, correct under the applicable law;

**IT IS ORDERED** that the Motion to Remand, **Doc. #8, is GRANTED**. This case is remanded to the 9th Judicial District Court, Parish of Rapides, Louisiana. The recommended attorney fee award, however, is rejected.

Further, considering the general allegations of plaintiff's petition that plaintiff's minor son suffered from a head injury, if discovery and the production of medical reports indicate that the actual amount in controversy does exceed $75,000, nothing in this judgment shall be deemed to

prevent a second removal of this case, provided the second removal is timely.

**THUS DONE AND SIGNED**, in chambers, in Alexandria, Louisiana, on this 18th day of December, 2009.

**Dee D. Drell**
**UNITED STATES DISTRICT JUDGE**